AO-10 (WP)
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CARROLL, EARL H. | District Court - Arizona | 5/8/06 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br><br> U.S. District Judge (Senior Status) | 5a. Report Type (check appropriate type) <br> ___ Nomination, Date _____ <br> ___ Initial  X Annual  ___ Final <br> 5b. ___ Amended Report | 6. Reporting Period <br><br> 1/1/2005 <br> to 12/31/2005 |

| 7. Chambers or Office Address <br><br> 401 W. Washington St. Ste.521 <br> SPC 48 <br> Phoenix, AZ. 85003-2151 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| X | NONE (No reportable positions.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| X | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | INCOME |
|---|---|---|---|

### A. Filer's Non-Investment Income

| | | | |
|---|---|---|---|
| X | NONE (No reportable non-investment income.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |

### B. Spouse's Non-Investment Income – If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| | NONE (No reportable non-investment income.) | |
| 1 | | |
| 2 | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| ☒ 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| ☒ 1 | NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- | --- |
| ☒ 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| CARROLL, EARL H. | 5/8/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 AETNA INC. NEW | A | D | K | + | | | | | |
| 2 BANK OF AMERICA | A | I | K | + | | | | | |
| 3 J.P. MORGAN CHASE BK | A | I | K | + | | | | | |
| 4 COMPAS BANK | A | I | J | + | | | | | |
| 5 AMERIPRISE | A | D | L | + | (FORMERLY AMERICAN EXPRESS) | | | | |
| 6 PUTNAM FUND | B | D | M | + | | | | | |
| 7 ANHEUSER BUSCH Cos. | D | D | N | + | | | | | |
| 8 NAVISTAR | A | D | J | + | | | | | |
| 9 CITIZEN'S UTILITIES | A | D | J | + | | | | | |
| 10 ENTERGY CORP. | A | D | J | + | | | | | |
| 11 DEVON ENERGY CORP. | A | D | J | + | | | | | |
| 12 EXXON MOBIL CORP. | A | D | K | + | | | | | |
| 13 IBM | A | D | J | + | | | | | |
| 14 MOTOROLA | A | D | L | + | | | | | |
| 15 HONEYWELL INTL. INC | A | D | K | + | | | | | |
| 16 J.P. MORGAN CHASE | A | D | J | + | | | | | |
| 17 SALT RIVER PROJECT MUNICIPAL BONDS | A | I | J | + | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000

2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| CARROLL, EARL H. | 5/8/06 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 PHOENIX COUNTRY CLUB STOCK | NONE | | K | † | | | | | |
| 2 NATIONWIDE INS. ANNUITIES | NONE | | L | † | | | | | |
| 3 JACKSON NATIONAL ANNUITIES | NONE | | m | † | | | | | |
| 4 U.S. SAVINGS BONDS | NONE | | L | † | | | | | |
| 5 TAMARACK INVT. FDS | A | D | K | † | | | | | |
| 6 AXA EQUITABLE IRA's | NONE | | m | † | | | | | |
| 7 MINERAL RIGHTS-PEARL RIVER Co.-MISSISSIPPI | NONE (VALUE UNKNOWN) | | | | | | | | |
| 8 RESIDENCE-LAGANA BEACH, CA. | D | RENT | L | S → (SEE SEC. VIII.) | | | | | |
| 9 (THE FOLLOWING ARE HELD IN ▮▮▮▮▮ IRA ACCOUNT) | | | | | | | | | |
| 10 WYETH | B | D | L | † | | | | | |
| 11 AT+T | A | D | J | † | | | | | |
| 12 SBC COM INC. | A | D | J | † | EXCHANGE 11/21 | | J | | FOR AT+T CORP. |
| 13 VERIZON COMM. | A | D | J | † | | | | | |
| 14 BELL SOUTH | A | D | J | † | | | | | |
| 15 QWEST COMM. | A | D | J | † | | | | | |
| 16 CARLISLE | B | D | m | † | | | | | |
| 17 SPRINT CORP. FON GROUP | A | D | J | † | EXCHANGE 8/16 | | J | | FOR SPRINT NEXTEL CORP. |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| CARROLL, EARL H. | 5/8/06 |

## VII. Page 3. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 FMC CORP. | A | D | J | + | | | | | |
| 2 IBM | A | D | K | + | | | | | |
| 3 HECLA MINING | A | D | J | + | | | | | |
| 4 LUBRIZOL CORP. | A | D | K | + | | | | | |
| 5 PHELPS DODGE | A | D | K | + | | | | | |
| 6 RPM | A | D | K | + | | | | | |
| 7 SCHERING PLOUGH | A | D | K | + | | | | | |
| 8 JPMORGAN-CHASE | A | D | K | + | | | | | |
| 9 WEST PHARMACEUTICAL | A | D | K | + | | | | | |
| 10 WEYERHAEUSER | A | D | J | + | | | | | |
| 11 TAMARACK INV. FDS. | A | D | J | + | | | | | |
| 12 NORFOLK SOUTHERN | A | D | K | + | | | | | |
| 13 BAKER HUGHES INC. | A | D | K | + | | | | | |
| 14 BP PLC SPONS ADR | B | D | L | + | | | | | |
| 15 LUCENT TECHNOLOGIES | A | D | J | + | | | | | |
| 16 ALLTEL CORP. | A | D | J | + | | | | | |
| 17 Comstat Corp. CL A | A | D | J | + | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| CARROLL, EARL H. | 5/8/06 |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 FMC TECHNOLOGIES INC. | A | D | J | + | | | | | |
| 2 SPRINT NEXTEL CORP. | A | D | K | + | (SEE LINE 17 SEC. VII-PAGE 2) | | | | |
| 3 WELLS FARGO BK. SAV. | A | I | K | + | | | | | |
| 4 WELLS FARGO BK. C.D | B | I | K | + | | | | | |
| 5 SCHERING-PLOUGH CORP. | A | D | L | + | | | | | |
| 6 FREESCALE SEMI-CONDUCTORS | A | D | J | + | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | *CARROLL, EARL H.* | *5/8/06* |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

*VII: PAGE 2 - LINE 8 - VALUE METHOD "S"*

*ASSESSED FULL VALUE - ORANGE Co., CALIF. TREASURER'S*

*BILL 2005-2006 - $89,413.*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____    Date *5-8-06*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544